# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLENTOWN VICTORY CHURCH, a Pennsylvania not for profit corporation, Plaintiff, | |
| v. | Civil No. 5:21-cv-03021-JMG |
| CITY OF ALLENTOWN, PENNSYLVANIA a Pennsylvania municipal corporation, *et al.*, Defendants. | |

## ORDER

**AND NOW,** this 1st day of September, 2022, after careful consideration of Defendants' Motion for Summary Judgment (ECF Nos. 32, 40), Plaintiff's opposition thereto (ECF No. 44, 53), and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion (ECF No. 32) is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

3. The Clerk of Court shall mark this case as **CLOSED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge